UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TAU-KEN TEMIR LLP and JSC NMC TAU-KEN SAMRUK,<br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br>                    Defendant. | Court No. 21-173 |

## COMPLAINT

Plaintiffs Tau-Ken Temir LLP and JSC NMC Tau-Ken Samruk allege the following.

### Proceedings under Review

1.      This action seeks judicial review of the final Determination of the U.S. Department of Commerce (the "Department") countervailing duty investigation of silicon metal from the Republic of Kazakhstan.

2.      The Department published the contested determination as *Silicon Metal From the Republic of Kazakhstan: Final Affirmative Countervailing Duty Determination*, 86 Fed. Reg. 11725 (Feb. 26, 2021) ("*Final Determination*"), and the accompanying Issues and Decision Memorandum for the Final Determination of the Countervailing Duty Investigation of Silicon Metal from the Republic of Kazakhstan (Dep't Commerce, Feb. 22, 2021) ("*I&D Memo*").  The Department published the resulting countervailing duty order in *Silicon Metal From the Republic of Kazakhstan: Countervailing Duty Order*, 86 Fed. Reg. 20365 (Apr. 19, 2021) ("*CVD Order*").

### Parties

3.      Plaintiffs JSC NMC Tau-Ken Samruk and Tau-Ken Temir LLP are Kazakhstan producers and exporters of silicon metal during the period of investigation, January 1, 2019 through December 31, 2019.

4. Defendant is the United States acting by and through the U.S. Department of Commerce.

## Jurisdiction

5. Plaintiffs bring this action under 19 U.S.C. §§ 1516(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Court has jurisdiction under 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2).

## Standing

6. Plaintiffs are foreign producers and exporters of subject merchandise that participated in the investigation resulting in the contested determination, and thus are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A).

## Timeliness

7. The Department published notice of the *Final Determination* in the *Federal Register* on February 26, 2021, and published the *CVD Order* in the *Federal Register* on April 19, 2021.

8. Plaintiffs filed a summons instituting this action on April 19, 2021, which is within 30 days of the publication in the *Federal Register* of the *CVD Order*, serving notice of the action on all other participants in the investigation on the same date. Plaintiff is filing this complaint concurrently with the summons. Plaintiffs thus commenced this action within the time limits specified in 19 U.S.C. § 1561a(a)(2)(A)(i), 28 U.S.C. § 2636(c), and USCIT Rule 3.

## COUNT I

9. Plaintiffs incorporate the allegations in the previous paragraphs.

10. The Department's non-acceptance of questionnaire responses is unsupported by substantial evidence and otherwise not in accordance with law.

## COUNT II

11. Plaintiffs incorporate the allegations in the previous paragraphs.

12. The Department's use of facts available and the particular facts available used is unsupported by substantial evidence and otherwise not in accordance with law.

### Prayer for Relief

WHEREFORE, Plaintiffs respectfully request that the Court:

(1) Find that the Department's determinations were unsupported by substantial evidence and otherwise not in accordance with law;

(2) Order the Department to revoke the *CVD Order*, or, in the alternative, recalculate the subsidy rates for producers/exporters from Kazakhstan;

(3) Order the Department to publish notice in the *Federal Register* of the final decision rendered by this Court, after this action has been considered;

(4) Order the Department to issue countervailing duty cash deposit/refund instructions and/or liquidation instructions to U.S. Customs & Border Protection consistent with this Court's decision; and

(5) Granting Plaintiffs such other relief as the Court may deem appropriate.

Dated: April 19, 2021

Respectfully submitted,

/s/ Jeremy W. Dutra
Peter Koenig
peter.koenig@squirepb.com
Jeremy W. Dutra
jeremy.dutra@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000

*Counsel for Plaintiffs
JSC NMC Tau-Ken Samruk and
Tau-Ken Temir LLP*