UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TAU-KEN TEMIR LLP and JSC NMC TAU-KEN SAMRUK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Court No. 21-00173 |

**ORDER**

Upon consideration of the Consent Motion to Intervene as of Right as Defendant-Intervenors filed by proposed Defendant-Intervenors Globe Specialty Metals, Inc. and Mississippi Silicon LLC in the above-captioned action, it is hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Globe Specialty Metals, Inc. and Mississippi Silicon LLC may participate in the above-captioned action as Defendant-Intervenors.

_____
Judge

Dated: _____, 2021
       New York, New York

> Pursuant to Rule 82(b)(5) the above motion is Granted.
> Date: 5/14/21
> Clerk of the Court
> BY: /s/
> Deputy Clerk

1