# UNITED STATES COURT OF INTERNATIONAL TRADE
## Before the Honorable Judge Leo M. Gordon

| | |
|---|---|
| Tau-Ken Temir LLP et. al., | )<br>)<br>) |
|       *Plaintiff,* | )<br>) Court No. 21-00173 |
| v. | )<br>) |
| United States | )<br>) |
|       *Defendant.* | )<br>)<br>) |
| Mississippi Silicon LLC and Globe Specialty Metals Inc. | )<br>)<br>) |
|       *Defendant-Intervenor* | )<br>) |

## ORDER

It is hereby ORDERED that the motion of the Ministry of Trade and Integration of the Republic of Kazakhstan (MTI RK) to intervene as a Plaintiff-Intervenor is hereby GRANTED.

_____           _____
Date                                                                  The Honorable Judge Leo M. Gordon

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**Before the Honorable Judge Leo M. Gordon**

|  |  |  |
|---|---|---|
| Tau-Ken Temir LLP et. al., | ) ) ) ) | |
| *Plaintiff,* | ) | Court No. 21-00173 |
| v. | ) ) | |
| United States | ) ) | |
| *Defendant.* | ) ) ) | |
| Mississippi Silicon LLC and Globe Specialty Metals Inc. | ) ) ) ) | |
| *Defendant-Intervenor* | ) ) | |

**MTI RK RENEWED MOTION TO INTERVENE AS PLAINTIFF-INTERVENOR**

The Ministry of Trade and Integration of the Republic of Kazakhstan (MTI RK) hereby renews its prior May 19, 2021 motion to intervene as of right and proposed order. ECF 19. This Court denied the initial motion "without prejudice" stating that needs to follow Rule 24 as to certain additional information. ECF 25. MTI RK does so here:

1. The Contested Decision is U.S. Department of Commerce *Silicon Metal from Kazakhstan: Final Affirmative Countervailing Duty (CVD) Determination* (86 Fed. Reg. 11724 (Feb. 26, 2021)) and associated *CVD Order*, 86 Fed. Reg. 20365 (April 19, 2021).

2. The following are the issues MTI RK intends to litigate:

a. The Contested Decision's rejection of the Tau-Ken Temir LLP (TKT) questionnaire response was unsupported by substantial evidence and otherwise not in accordance with law.

b. The Contested Decision's use of adverse facts available was unsupported by substantial evidence and otherwise not in accordance with law.

2

c. The particular adverse facts margin applied by the Contested Decision was unsupported by substantial evidence and otherwise not in accordance with law.

d. The Contested Decision's failure to use the questionnaire responses of MTI RK to determine the subsidy margin was unsupported by substantial evidence and otherwise not in accordance with law.

e. Finally, MTI RK incorporates the claims (counts) in the TKT complaint ECF 6. MTI RK supported those TKT arguments in the Commerce proceedings below that led to the Contested Decision.

For more on the above, see MTI RK's June 11, 2021 filing answering Defendant-Intervenor objections. ECF 24.

On June 11, 2021, Adam Gordon for Defendant-Intervener stated that Defendant-Intervenor opposes this motion. On June 14, 2021, Bret Vallacher, counsel for Defendant, stated that Defendant does not oppose this motion.

We apologize for inconvenience caused. We appreciate this Court's attention to this matter.

Respectfully Submitted,

*/s/ Peter Koenig*

Peter Koenig
Squire Patton Boggs
Counsel to MTI RK

Dated: June 16, 2021