UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TAU-KEN TEMIR LLP, and<br>JSC NMC TAU-KEN SAMRUK,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>                Defendant,<br><br>    and<br><br>GLOBE SPECIALTY METALS, INC., and<br>MISSISSIPPI SILICON LLC,<br><br>                Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 21-00173 |

**ORDER**

Upon consideration of the motion to intervene by the Ministry of Trade and Integration of the Republic of Kazakhstan ("MTI RK"), ECF No. 27, Defendant's indication that it does not oppose the motion, Defendant-Intervenor's opposition, ECF No. 30, and all other papers and proceedings had in this action; and upon due deliberation; it is hereby

**ORDERED** that MTI RK's motion to intervene is granted; and it is further

**ORDERED** that MTI RK is a Plaintiff-Intervenor in this action.

                                                            /s/ Leo M. Gordon
                                                         Judge Leo M. Gordon

Dated: July 6, 2021
       New York, New York