## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Leo M. Gordon, Judge**

| | |
|---|---|
| TAU-KEN TEMIR LLP and JSC NMC TAU-KEN SAMRUK,<br><br>        Plaintiffs,<br><br>and<br><br>MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>GLOBE SPECIALTY METALS, INC. and MISSISSIPPI SILICON LLC,<br><br>        Defendant-Intervenors. | Case No. 21-00173 |

### NOTICE OF APPEAL

      Notice is hereby given that Tau-Ken Temir LLP and JSC NMC Tau-Ken Samruk (collectively, "TKT") and Ministry of Trade and Integration of the Republic of Kazakhstan ("the Ministry"), hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment and order entered in this action on July 14, 2022.

      Respectfully submitted,

      */s/ Peter Koenig*
      Peter Koenig

[peter.koenig@squirepb.com](mailto:peter.koenig@squirepb.com)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

September 12, 2022                                *Counsel to TKT and the Ministry*