# United States Court of Appeals for the Federal Circuit

_____

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**

*Defendants-Appellees*

_____

2022-2204

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered August 4, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 25, 2025
Date

Jarrett B. Perlow
Clerk of Court