Slip Op. 26-14

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TAU-KEN TEMIR LLP and JSC NMC TAU-KEN SAMRUK,<br><br>                  Plaintiffs,<br><br>  and<br><br>MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,<br><br>                  Plaintiff-Intervenor,<br><br>  v.<br><br>UNITED STATES,<br><br>                  Defendant,<br><br>  and<br><br>GLOBE SPECIALTY METALS, INC. and MISSISSIPPI SILICON LLC,<br><br>                  Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 21-00173 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand (Jan. 15, 2026), ECF No. 63 ("Remand Results"). After Commerce filed the Remand Results, the parties submitted a joint status report and proposed a briefing schedule. ECF No. 64.[1] The court adopted

---

[1] The court notes that despite being a party to the joint status report and proposed briefing schedule, Plaintiffs filed a notice of withdrawal of participation in the remand proceeding. Remand Results at 2–3.

Court No. 21-00173                                                                                                   Page 2

the parties' joint proposed briefing schedule and accordingly ordered that comments opposing the Remand Results were to be filed no later than Thursday, February 5, 2026. Scheduling Order, ECF No. 65.

As of this date, neither Plaintiffs nor Plaintiff-Intervenor have filed comments opposing the Remand Results, or contacted the court to request an extension of time or amend the court's scheduling order. Defendant has submitted comments asking the court to affirm the Remand Results. ECF No. 67. There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained.


                                                            /s/ Leo M. Gordon
                                                          Judge Leo M. Gordon


Dated: February 18, 2026
      New York, New York